IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIS BONDS, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 1:13-cv-0203-TMH |
| | )         [WO] |
| GARY HETZEL, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #5) filed on April 22, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on April 4, 2013 is adopted;

3. The application for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

Done this the 22nd day of May, 2013.

                                        /s/ Truman M. Hobbs
                                      TRUMAN M. HOBBS
                                      SENIOR UNITED STATES DISTRICT JUDGE